# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Case No. 3:12-CV-00184-RJC-DSC

| | |
|---|---|
| BETTY FUNDERBURKE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ETHICON, INC., and JOHNSON & JOHNSON, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Application for Admission to Practice *Pro Hac Vice* for Philip J. Combs, filed January 12, 2017.

Upon review and consideration of the Application, which was accompanied by submission of the necessary fee, the Court hereby grants the Application for Admission.

In accordance with Local Rule 83.1(B), Mr. Combs is admitted to appear before this Court *pro hac vice* on behalf of Defendants Ethicon, Inc. and Johnson & Johnson.

**SO ORDERED**.

Signed: January 12, 2017

David S. Cayer
United States Magistrate Judge