# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Case No. 3:12-CV-00184-RJC-DSC

| | |
|---|---|
| BETTY FUNDERBURKE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ETHICON, INC., and JOHNSON & JOHNSON, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Applications for Admission to Practice *Pro Hac Vice* for Bryan F. Aylstock and Christy D. Jones (documents ## 10 and 11).

For the reasons stated therein, the Motions are granted.

**SO ORDERED**.

Signed: January 19, 2017

David S. Cayer
United States Magistrate Judge