# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## DOCKET NO. 3:12-CV-00184-RJC-DSC

| | |
|---|---|
| **Betty Funderburke** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ) | |
| **Ethicon, Inc., and Johnson & Johnson** ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER** is before the Court on the "Joint Motion to Stay" (document # 15) filed March 7, 2017. For the reasons set forth therein, the Court finds it appropriate to stay all proceedings in this action for 120 days, including the status conference originally scheduled for March 22. 2017.

IT IS THEREFORE ORDERED that all proceedings in this action are hereby stayed for 120 days.

**SO ORDERED**.

Signed: March 8, 2017

David S. Cayer
United States Magistrate Judge