# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:12-CV-00184-RJC-DSC

| | |
|---|---|
| **Betty Funderburke** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ) | |
| **Ethicon, Inc., and Johnson & Johnson** ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER** is before the Court following the expiration of the stay entered on March 8, 2017. See "Order" (document #16).

The parties are **ORDERED** to file a status update within seven days of entry of this Order.

**SO ORDERED**.

Signed: July 20, 2017

David S. Cayer
United States Magistrate Judge