# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:12-CV-00184-RJC-DSC

| | |
|---|---|
| BETTY FUNDERBURKE, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ETHICON, INC., AND JOHNSON & JOHNSON | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court following receipt of the parties' Status Report. Document #18. For the reasons stated in their Status Report, and having consulted with the chambers of the Honorable Robert J. Conrad, Jr., the Court finds it appropriate to continue the stay in this matter for an additional 180 days from the date of this Order.

**IT IS THEREFORE ORDERED** that all proceedings in this action are hereby **STAYED** for 180 days.

**IT IS FURTHER ORDERED** that the parties shall file a status report within ten days of expiration of the stay.

**SO ORDERED**.

Signed: July 27, 2017

David S. Cayer
United States Magistrate Judge