**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO. 3:12-CV-00184-RJC-DSC**

| | | |
|---|---|---|
| **BETTY FUNDERBURKE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| | ) | |
| **ETHICON, INC.,** | ) | |
| **AND JOHNSON & JOHNSON** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court following receipt of the parties' Joint Status Report, Document #20. For the reasons stated in their Joint Status Report, and having consulted with the chambers of the Honorable Robert J. Conrad, Jr., the Court finds it appropriate to continue the stay in this matter for an additional 120 days from the date of this Order.

**IT IS THEREFORE ORDERED** that all proceedings in this action are hereby **STAYED** for 120 days from the date of this Order.

**IT IS FURTHER ORDERED** that the parties shall file a status report within ten days of expiration of the stay.

**SO ORDERED**.

Signed: January 11, 2018

David S. Cayer
United States Magistrate Judge