# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:12-CV-00184-RJC-DSC

| | | |
|---|---|---|
| **BETTY FUNDERBURKE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| **ETHICON, INC.** | ) | |
| **AND JOHNSON & JOHNSON,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court on the "Joint Status Report" (document # 22) filed May 30, 2018. For the reasons set forth therein, the Court finds it appropriate to continue to stay all proceedings in this action for an additional 120 days.

IT IS THEREFORE ORDERED that all proceedings in this action are hereby stayed for an additional 120 days.

IT IS FURTHER ORDERED that the parties shall file a status report within ten days of the expiration of the stay.

**SO ORDERED**.

Signed: July 2, 2018

David S. Cayer
United States Magistrate Judge