# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:12-CV-00184-RJC-DSC

| | |
|---|---|
| **BETTY FUNDERBURKE** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ) | |
| **ETHICON, INC.** ) | |
| **AND JOHNSON & JOHNSON,** ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER** is before the Court on the "Second Joint Motion to Stay" (document # 24) filed October 30, 2018. For the reasons set forth therein, the Court finds it appropriate to continue to stay all proceedings in this action for an additional 120 days.

IT IS THEREFORE ORDERED that all proceedings in this action are hereby stayed for an additional 120 days.

IT IS FURTHER ORDERED that the parties shall file a status report within ten days of the expiration of the stay.

**SO ORDERED**.

Signed: October 30, 2018

David S. Cayer
United States Magistrate Judge